AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. **CV 07 4510 GW (AJW)**   DATE FILED | United States District Court<br>Central District of California<br>312 N. Spring Street, #G8, Los Angeles, CA  90012-4793 |

| PLAINTIFF | DEFENDANT |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation, et al. | SHOWSTASH.COM, a business entity of unknown form; and DOES 1 through 5, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE EXHIBIT "A" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  ☐ Order   ☒ Judgment | WRITTEN OPINION ATTACHED  ☐ Yes   ☐ No | DATE RENDERED  5/20/08 |
|---|---|---|
| CLERK  *TERRY NAFISI* | (BY) DEPUTY CLERK  *VERNA HOGAN* | DATE  2/17/09 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

## Exhibit A

2

| Title | Copyright Holder | Reg. No. |
|-------|------------------|----------|
| *The 40 Year-Old Virgin* | Universal City Studios Productions LLLP; Universal City Studios LLLP | PA1 297-356 |
| *300* | Warner Bros. Entertainment Inc. | PA1 372-258 |
| *Adam Sandler's Eight Crazy Nights* | Columbia Pictures Industries, Inc. | PA1 060-735 |
| *Beerfest* | Warner Bros. Entertainment Inc. | PA1 342-690 |
| *Black Knight* | Twentieth Century Fox Film Corporation *et al.* | PA1 062-153 PA1 084-856 |
| *Boogeyman* | GHP1-Boogeyman, LLC | PA1 250-717 |
| *The Breakfast Club* | Universal City Studios LLLP | PA 265-464 |
| *Brokeback Mountain* | Universal City Studios Productions LLLP | PA1 315-774 |
| *Casino Royale* | Columbia Pictures Industries, Inc. *et al.* | PA1 340-640 |
| *Clueless* | Paramount Pictures Corporation | PA 762-334 |
| *Dawn of The Dead* | Universal City Studios Productions LLLP; Universal City Studios LLLP | PA1 212-817 |
| *Demolition Man* | Warner Bros. Entertainment Inc. | PA 667-972 |
| *Dinosaurs* (Season 2, Episode 1) | Disney Enterprises, Inc. | PAU1 632-991 |
| *Dinosaurs* (Season 2, Episode 2) | Disney Enterprises, Inc. | PAU1 632-965 |

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Dinosaurs* (Season 2, Episode 3) | Disney Enterprises, Inc. | PAU1 632-952 |
| *Dinosaurs* (Season 2, Episode 4) | Disney Enterprises, Inc. | PAU1 571-054 |
| *Dinosaurs* (Season 2, Episode 5) | Disney Enterprises, Inc. | PAU1 632-959 |
| *Dinosaurs* (Season 2, Episode 6) | Disney Enterprises, Inc. | PAU1 577-046 |
| *Dinosaurs* (Season 2, Episode 7) | Disney Enterprises, Inc. | PAU1 632-987 |
| *Dinosaurs* (Season 2, Episode 8) | Disney Enterprises, Inc. | PAU1 632-386 |
| *Dinosaurs* (Season 2, Episode 9) | Disney Enterprises, Inc. | PAU1 632-990 |
| *Dinosaurs* (Season 2, Episode 10) | Disney Enterprises, Inc. | PAU1 632-956 |
| *Dinosaurs* (Season 2, Episode 11) | Disney Enterprises, Inc. | PAU1 632-949 |
| *Dinosaurs* (Season 2, Episode 12) | Disney Enterprises, Inc. | PAU1 632-966 |
| *Dinosaurs* (Season 2, Episode 14) | Disney Enterprises, Inc. | PAU1 625-444 |
| *Dinosaurs* (Season 2, Episode 15) | Disney Enterprises, Inc. | PAU1 632-989 |
| *Dinosaurs* (Season 2, Episode 16) | Disney Enterprises, Inc. | PAU1 632-945 |

| Title | Copyright Holder | Reg. No. |
|-------|------------------|----------|
| *Dinosaurs* (Season 2, Episode 17) | Disney Enterprises, Inc. | PAU1 625-437 |
| *Dinosaurs* (Season 2, Episode 18) | Disney Enterprises, Inc. | PAU1 632-868 |
| *Dinosaurs* (Season 2, Episode 19) | Disney Enterprises, Inc. | PAU1 632-960 |
| *Dinosaurs* (Season 2, Episode 20) | Disney Enterprises, Inc. | PAU1 632-961 |
| *Dinosaurs* (Season 2, Episode 21) | Disney Enterprises, Inc. | PAU1 632-955 |
| *Dinosaurs* (Season 2, Episode 22) | Disney Enterprises, Inc. | PAU1 632-950 |
| *Dinosaurs* (Season 2, Episode 23) | Disney Enterprises, Inc. | PAU1 632-964 |
| *Dinosaurs* (Season 2, Episode 24) | Disney Enterprises, Inc. | PAU1 632-951 |
| *Dodgeball: A True Underdog Story* | Twentieth Century Fox Film Corporation | PA1 222-506 |
| *The Emperor's New Groove* | Disney Enterprises, Inc. | PA 940-885 |
| *Ghost Rider* | Columbia Pictures Industries, Inc. *et al.* | PA1 349-986 |
| *The Hitchhikers's Guide to the Galaxy* | Disney Enterprises, Inc. | PA1 271-472 |
| *The Holiday* | Sony Pictures Entertainment Inc. *et al.* | PA1 341-148 |

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Honey* | Universal City Studios Productions LLLP; Universal City Studios LLLP | PA1 191-747 |
| *I, Robot* | Twentieth Century Fox Film Corporation | PA1 226-854 |
| *The Matrix* | WV Films LLC | PA 949-615 |
| *My Name Is Earl* (Season 2, Episode 1) | Twentieth Century Fox Film Corporation | PA1 325-101 |
| *My Name Is Earl* (Season 2, Episode 2) | Twentieth Century Fox Film Corporation | PA1 325-102 |
| *My Name Is Earl* (Season 2, Episode 3) | Twentieth Century Fox Film Corporation | PA1 353-439 |
| *My Name Is Earl* (Season 2, Episode 4) | Twentieth Century Fox Film Corporation | PA1 353-441 |
| *My Name Is Earl* (Season 2, Episode 5) | Twentieth Century Fox Film Corporation | PA1 353-440 |
| *My Name Is Earl* (Season 2, Episode 6) | Twentieth Century Fox Film Corporation | PA1 350-397 |
| *My Name Is Earl* (Season 2, Episode 7) | Twentieth Century Fox Film Corporation | PA1 350-389 |
| *My Name Is Earl* (Season 2, Episode 8) | Twentieth Century Fox Film Corporation | PA1 350-385 |
| *My Name Is Earl* (Season 2, Episode 9) | Twentieth Century Fox Film Corporation | PA1 350-391 |
| *My Name Is Earl* (Season 2, Episode 10) | Twentieth Century Fox Film Corporation | PA1 325-234 |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *My Name Is Earl* (Season 2, Episode 12) | Twentieth Century Fox Film Corporation | PA1 325-187 |
| *My Name Is Earl* (Season 2, Episode 13) | Twentieth Century Fox Film Corporation | PA1 325-274 |
| *My Name Is Earl* (Season 2, Episode 14) | Twentieth Century Fox Film Corporation | PA1 363-545 |
| *Never Been Kissed* | Twentieth Century Fox Film Corporation | PA 927-303 |
| *One Tree Hill* (Season 2, Episode 4) | Warner Bros. Entertainment Inc. | PA1 261-334 |
| *One Tree Hill* (Season 2, Episode 6) | Warner Bros. Entertainment Inc. | PA1 261-330 |
| *The Perfect Man* | Universal City Studios Productions LLLP | PA1 283-002 |
| *The Polar Express* | Warner Bros. Entertainment Inc. | PA1 250-537 |
| *Prison Break* (Season 1, Episode 22) | Twentieth Century Fox Film Corporation | PA1 316-989 |
| *Prison Break* (Season 2, Episode 1) | Twentieth Century Fox Film Corporation | PA1 261-020 |
| *Prison Break* (Season 2, Episode 2) | Twentieth Century Fox Film Corporation | PA1 325-057 |
| *The Pursuit of Happyness* | Sony Pictures Entertainment Inc. *et al.* | PA1 341-153 |
| *Reba* (Season 1, Episode 1) | Twentieth Century Fox Film Corporation | PA1 057-203 |

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Reba* (Season 1, Episode 2) | Twentieth Century Fox Film Corporation | PA1 048-406 |
| *Reba* (Season 1, Episode 3) | Twentieth Century Fox Film Corporation | PA1 063-155 |
| *Reba* (Season 1, Episode 5) | Twentieth Century Fox Film Corporation | PA1-048-407 |
| *Reba* (Season 1, Episode 6) | Twentieth Century Fox Film Corporation | PA1 064-268 |
| *Reba* (Season 1, Episode 7) | Twentieth Century Fox Film Corporation | PA1 064-267 |
| *Reba* (Season 1, Episode 8) | Twentieth Century Fox Film Corporation | PA1 068-767 |
| *Reba* (Season 1, Episode 9) | Twentieth Century Fox Film Corporation | PA1 068-768 |
| *Reba* (Season 1, Episode 10) | Twentieth Century Fox Film Corporation | PA1 068-769 |
| *Reba* (Season 1, Episode 11) | Twentieth Century Fox Film Corporation | PA1 068-455 |
| *Reba* (Season 1, Episode 12) | Twentieth Century Fox Film Corporation | PA1 068-456 |
| *Reba* (Season 1, Episode 13) | Twentieth Century Fox Film Corporation | PA1 068-635 |
| *Reba* (Season 1, Episode 14) | Twentieth Century Fox Film Corporation | PA1 069-350 |
| *Reba* (Season 1, Episode 15) | Twentieth Century Fox Film Corporation | PA1 069-126 |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Reba* (Season 1, Episode 16) | Twentieth Century Fox Film Corporation | PA1 076-812 |
| *Reba* (Season 1, Episode 17) | Twentieth Century Fox Film Corporation | PA1 078-795 |
| *Reba* (Season 1, Episode 18) | Twentieth Century Fox Film Corporation | PA1 078-796 |
| *Reba* (Season 1, Episode 20) | Twentieth Century Fox Film Corporation | PA1 078-599 |
| *Reba* (Season 1, Episode 21) | Twentieth Century Fox Film Corporation | PA1 078-894 |
| *Reba* (Season 1, Episode 22) | Twentieth Century Fox Film Corporation | PA1 083-260 |
| *The Santa Clause 3: The Escape Clause* | Disney Enterprises, Inc. | PA1 333-896 |
| *Scarface* | Universal City Studios LLLP | PA 210-472 |
| *Seinfeld* (Season 1, Episode 1) | Castle Rock Entertainment | PA 470-765 |
| *Seinfeld* (Season 1, Episode 2) | Castle Rock Entertainment | PA 470-774 |
| *Seinfeld* (Season 1, Episode 3) | Castle Rock Entertainment | PA 470-783 |
| *Seinfeld* (Season 1, Episode 5) | Castle Rock Entertainment | PA 470-766 |
| *Seinfeld* (Season 2, Episode 1) | Castle Rock Entertainment | PA 548-123 |

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Seinfeld* (Season 2, Episode 3) | Castle Rock Entertainment | PA 548-111 |
| *Seinfeld* (Season 2, Episode 4) | Castle Rock Entertainment | PA 548-113 |
| *Seinfeld* (Season 2, Episode 5) | Castle Rock Entertainment | PA 548-112 |
| *Seinfeld* (Season 2, Episode 6) | Castle Rock Entertainment | PA 548-119 |
| *Seinfeld* (Season 2, Episode 7) | Castle Rock Entertainment | PA 548-118 |
| *Seinfeld* (Season 2, Episode 8) | Castle Rock Entertainment | PA 548-121 |
| *Seinfeld* (Season 2, Episode 9) | Castle Rock Entertainment | PA 548-115 |
| *Seinfeld* (Season 2, Episode 10) | Castle Rock Entertainment | PA 548-120 |
| *Seinfeld* (Season 2, Episode 11) | Castle Rock Entertainment | PA 548-117 |
| *Seinfeld* (Season 2, Episode 12) | Castle Rock Entertainment | PA 548-111 |
| *Seinfeld* (Season 2, Episode 13) | Castle Rock Entertainment | PA 548-122 |
| *The Stepford Wives* | Paramount Pictures Corporation *et al.* | PA1 228-494 |
| *Talladega Nights:  The Ballad of Ricky Bobby* | Columbia Pictures Industries, Inc. *et al.* | PA1 322-909 |

McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES

| Title | Copyright Holder | Reg. No. |
|---|---|---|
| *Tim Burton's Nightmare Before Christmas* | Disney Enterprises, Inc. | PA 659-601 |
| *Wayne's World 2* | Paramount Pictures Corporation | PA 683-312 |
| *Whose Line Is It Anyway* (Season 1, Episode 9) | Warner Bros. Entertainment Inc. | PA1 294-761 |

1    GREGORY R. JONES (Bar No. 229858)
    gjones@mwe.com

**MADE JS-6**

2    McDERMOTT WILL & EMERY LLP
3    2049 Century Park East, 38th Floor
    Los Angeles, CA  90067-3208
4    Telephone:  310.277.4110
    Facsimile:   310.277.4730

5    ROBERT H. ROTSTEIN (Bar No. 072452)
    rxr@msk.com
6    MITCHELL SILBERBERG & KNUPP LLP
7    11377 West Olympic Blvd.
    Los Angeles, CA 90064
8    Telephone:  310.312.2000
    Facsimile:   310.312.3100

9    Attorneys for Plaintiffs

10

11           UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA

13

14    DISNEY ENTERPRISES, INC., *et al.*,

      CASE NO.  CV 07-4510 GW (AJWx)

15           Plaintiffs,

      **CONSENT JUDGMENT**

16          v.

17    SHOWSTASH.COM, a business entity
    of unknown form; TIMUR AZAEV, an
18    individual, d/b/a SHOWSTASH.COM;
    and DOES 2 through 5, inclusive,

19          Defendants.

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Paramount Pictures Corporation, Universal City Studios Productions LLLP, Universal City Studios LLLP, and Columbia Pictures Industries, Inc. (collectively, "Plaintiffs") and defendant Timur Azaev d/b/a Showstash.com, ("Defendant") having entered into a Stipulation for Entry of Judgment and the Court having entered an Order thereon,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      Defendant has engaged in contributory copyright infringement and inducement of copyright infringement by actively searching for, identifying, collecting, posting, organizing, indexing, and posting on his website (www.showstash.com) links to infringing material, which has been posted on third-party websites.

2.      Defendant is liable for damages to Plaintiffs in the amount of Two Million Seven Hundred and Sixty Five Thousand U.S. Dollars ($2,765,000).

3.      Defendant and his agents, servants, employees, representatives, assigns, licensees, transferees, and all those acting in concert with Defendant, at his direction or within his control (collectively, "Defendant"):

    (a)    shall immediately and permanently cease and desist from operating Showstash.com, except as otherwise provided for in Paragraph 6;

    (b)    shall immediately and permanently cease and desist from operating any website that is substantially similar to Showstash.com; and

    (c)    shall immediately and permanently cease and desist from directly, indirectly, contributorily, or vicariously infringing in any manner any copyright in any and all motion pictures, television programs, and other copyrighted works (or portions thereof), whether now in existence or later created, in which any Plaintiff (including its parents, subsidiaries, or affiliates) owns or controls an exclusive right under Section 106 of the United States Copyright Act (17 U.S.C. § 106) or

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

pursuant to copyright laws of other countries or territories (the "Copyrighted Works"), including, but not limited to, engaging in any of the following without appropriate written authority or license from the appropriate Plaintiff:

(i)  copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing any of the Copyrighted Works;

(ii)  enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, or persuading any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of the Copyrighted Works; and/or

(iii)  profiting or benefiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works.

(d)  if necessary, shall cease to operate or assist in the operation of, and will not profit or benefit from, any website known or suspected by Defendant to be engaging in direct, indirect, contributory, or vicarious infringement of any of the Copyrighted Works;

(e)  shall not operate or, provide links to, assist or participate in any way in the operation of, or in any way profit or benefit from, any website that enables, facilitates, permits, assists, solicits, encourages, or induces the copying, reproduction, downloading, distributing, uploading, linking to, transmitting, or public performance of any of the Copyrighted Works, unless and until Defendant has obtained all necessary prior

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

1   written authority or license for such Copyrighted Works from the
2   appropriate Plaintiff.

3      4.      This injunction shall not apply to any Copyrighted Works for which
4   Defendant has obtained an appropriate written license from the Plaintiff that owns
5   or controls the rights to such work, to the extent such license remains in force and
6   valid.

7      5.      Defendant shall destroy all digital files representing any Copyrighted
8   Works that are currently in his possession, custody, or control.  Defendant shall
9   provide Plaintiffs with a sworn statement within five days after the entry of the
10  Consent Judgment certifying his compliance with this provision.

11     6.      Upon Plaintiffs' request, for a period of time to be determined solely
12  by Plaintiffs, Defendant shall maintain the homepage for the Showstash.com
13  website and/or any web page or advertising space, including but not limited to the
14  start page and the search pages, that Defendant display to users of the
15  Showstash.com website, and shall display on those pages any messages to users
16  requested by Plaintiffs.  Defendant, however, shall not be required to maintain the
17  website beyond the current term of the website's registration to Defendant.  Any
18  messages shall be drafted solely by Plaintiffs and their content shall be solely
19  within the discretion of Plaintiffs.  Plaintiffs may change and modify the messages
20  as they see fit and, at the direction of counsel for Plaintiffs and/or the MPAA,
21  Defendant shall promptly display any such changed or modified messages.  The
22  messages requested by Plaintiffs shall be the only messaging or advertising that
23  appears on, or is linked from, Showstash.com.

24     7.      Absent the prior written consent of Plaintiffs or their designee,
25  Defendant shall not publicly release, distribute, sell, transfer or give away, for
26  consideration or otherwise, any software, source code, object code, technology,
27  domain name(s), trademark(s), brand(s), goodwill or any other property of any
28  kind, in whole or in part, which is in any way related to http://www.showstash.com,

McDermott Will & Emery LLP
Attorneys at Law
Los Angeles

including without limitation, by posting such materials on an internet web page or by offering such materials over any peer-to-peer or file-trading network or any other medium.

8. Defendant irrevocably and fully waives notice of entry of the Consent Judgment and notice and service of the entered Consent Judgment and understands, confirms, and agrees that violation of the Consent Judgment will expose Defendant to all penalties provided by law, including contempt of Court.

9. Defendant irrevocably and fully waives any and all rights to appeal the Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

10. Nothing contained in the Consent Judgment shall limit the right of Plaintiffs to seek relief, including without limitation damages, for any and all infringements by Defendant of the Copyrighted Works occurring after the date Defendant executes this Stipulation for Entry of Judgment.

11. This Consent Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

12. The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Consent Judgment against Defendant.

13. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment.

Dated: May 20, 2008

Hon. George Wu
United States District Judge

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Submitted by:

2  Dated:  May 14, 2008

McDERMOTT WILL & EMERY LLP

3

4  By: /s/ Gregory Jones

5  Gregory R. Jones
   Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

LAS99 1549034-1.069215.0020